817 A.2d 962

IN THE MATTER OF JAMES J. GILLESPIE, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 028901982).

March 20, 2003.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JAMES J. GILLESPIE, JR.,** of **AMBLER, PENNSYLVANIA,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of two years effective April 10, 2000, by Order of this Court filed January 10, 2002, be restored to the practice of law, effective immediately.